[Nos. 41467-8-II; 41477-5-II.  Division Two.  October 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANDRE LAMAR BECK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL ANTHONY HENDERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 10-1-00590-2, Elizabeth P. Martin, J., entered November 9, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 63929-3-I.  Division One.  October 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02159-3, Michael Heavey, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 65214-1-I.  Division One.  October 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ONEIL WIGGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00078-4, Michael T. Downes, J., entered March 30, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Dwyer, J.

[Nos. 66658-4-I; 66674-6-I.  Division One.  October 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO MARTINEZ ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03559-8, Ronald Kessler, J., entered February 4, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Ellington, J. Pro Tem.